

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CORA SUE SANCHEZ, Individually and as Representative of the Estate of ANTHONY TONY SANCHEZ, Deceased, JENNIFER PASOWICZ and JULIE MARIE SANCHEZ, | § | No. 08-23-00255-CV |
| | § | Appeal from the |
| | § | 112th Judicial District Court |
| Appellants, | § | of Upton County, Texas |
| v. | § | (TC#19-07-U4751-IDM) |
| NAVISTAR, INC., SHIELD RESTRAINT SYSTEMS, INC. f/k/a AMSAFE COMMERCIAL PRODUCTS, INC. and AMSAFE, INC., | § | |
| | § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the joint motion to dismiss and enter judgment, and grants the motion and dismisses the appeal. We vacate the judgment of the trial court without consideration of the merits and remand the case to the trial court for dismissal of the cause with prejudice in accordance with the parties' agreement. We further order each party to bear their own costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JANUARY 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.